AO93(Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

NEXTEL CELLULAR TELEPHONE, SERIAL NUMBER

**SEARCH WARRANT**

CASE NUMBER 0 7 - 2 1 7 - M - 0 1.

TO:  __LORENZO JAMES__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective LORENZO JAMES__   who has reason to believe that
(name, description and or location)

CONTAINED WITHIN A NEXTEL CELLULAR TELEPHONE BEARING SERIAL NUMBER

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

INFORMATION, INCLUDING TELEPHONE NUMBERS, NAMES, NICKNAMES, AND CALL RECORDS

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____MAY 25 2007____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑(in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 15 2007  4:2
_____
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/15/07 | 5/16/07   6:30 pm | |

INVENTORY MADE IN THE PRESENCE OF    Sgt. Figueroa

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Phone Book
Recent Missed Calls
Message Box
Quick Text info
Received Calls
Dialed numbers

FILED

MAY 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

5-24-07
Date